```
HARLEY DAVIDSON BROWNLEE      CREDIT ONE BANK               SUMMIT FINANCIAL
1225 HWY 63                   ATTN: BANKRUPTCY DEPT         2109 B ST
WAYNESBORO, MS 39367          6801 CIMARRON RD              MERIDIAN, MS 39301
                              LAS VEGAS, NV 89113

THOMAS C. ROLLINS, JR.        FIRST STATE BANK              SUNBELT FEDERAL CU
THE ROLLINS LAW FIRM, PLLC    801 22ND AVE                  ATTN: BANKRUPTCY
P.O. BOX 13767                MERIDIAN, MS 39301            6885 US HWY 49
JACKSON, MS 39236                                           HATTIESBURG, MS 39402

AMBER BREWER                  LVNV FUNDING LLC              TOWER LOAN
1223 HWY 63                   ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
WAYNESBORO, MS 39367          PO BOX 1269                   PO BOX 320001
                              GREENVILLE, SC 29602          FLOWOOD, MS 39232

BANK BENOIT                   MADISON LEWIS                 WAYNESBORO FINANCE
202 MAIN ST                   4757 CR 670                   714 SPRING ST
BENOIT, MS 38725              QUITMAN, MS 39355             WAYNESBORO, MS 39367

CASHNET USA                   MARINER FINANCE               WFC
175 W JACKSON                 ATTN: BANKRUPTCY              ATTN: BANKRUPTCY DEPT
STE 1000                      8211 TOWN CENTER DRIVE        P.O.BOX 6429
CHICAGO, IL 60604             NOTTINGHAM, MD 21236          GREENVILLE, SC 29606

CCB-INTEGRA                   MONEY KEY
120 S LASALLE ST              3422 OLD CAPITOL TRAIL
CHICAGO, IL 60603             STE 1613
                              WILMINGTON, DE 19808

CHIMEFINAL                    POSSIBLE FINANCE
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY DEPT
PO BOX 417                    PO BOX 98686
SAN FRANCISCO, CA 94104       LAS VEGAS, NV 89193

COMENITY BANK                 SCOTTS RTO
ATTN: BANKRUPTCY DEPT         PO BOX 100
PO BOX 182125                 MELBER, KY 42069
COLUMBUS, OH 43218

CREDIT NINJA                  SPEEDY CASH
27 N WACKER DR                2312 TRINITY MILL RD
#404                          SUITE 100
CHICAGO, IL 60606             CARROLLTON, TX 75006
```