IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **BANKRUPTCY PROCEEDING** |
| **HARLEY DAVIDSON BROWNLEE** | **CASE NUMBER: 26-50180 KMS** |

**SUNBELT FEDERAL CREDIT UNION**

**VS.**

**HARLEY DAVIDSON BROWNLEE, DEBTOR,**
**AMBER D. BREWER, CO-DEBTOR,**
**AND**
**DAVID RAWLINGS, CHAPTER 13 TRUSTEE**

### MOTION FOR ABANDONMENT AND REQUEST FOR TERMINATION OF §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

COMES NOW Sunbelt Federal Credit Union ("Sunbelt"), by and through its attorney, and files this its Motion for Abandonment and Request for Termination of §362 Automatic Stay and §1301 Co-Debtor Stay, and in support thereof would show unto the Court the following:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157, 11 U.S.C. §554, 11 U.S.C. §362, and 11 U.S.C. §1301, and related code sections and rules.

2.

On February 4, 2026, Harley Davidson Brownlee ("Debtor") filed his petition under Chapter 13 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Mississippi. David Rawlings was appointed the Chapter 13 Trustee.

3.

On October 11, 2023, the Debtor, Harley Davidson Brownlee and Amber D. Brewer executed

a Loan Disclosure, Promissory Note and Security Agreement to finance a 2020 Ford Explorer (VIN# 1FMSK7DHXLGA58877), serving as collateral to the loan agreement. A copy of the Loan Disclosure, Promissory Note and Security Agreement and Certificate of Title are attached as <u>Exhibit "A"</u>.

4.

The balance of the note is $27,605.74. The value of the 2020 Ford Explorer is estimated to be $18,202.50 ($20,225.00 x 90%). See the attached JD Power Values is attached as <u>Exhibit "B"</u>.

5.

On November 7, 2024, the Debtor, Harley Davidson Brownlee and Amber D. Brewer executed a Loan Disclosure, Promissory Note and Security Agreement to finance a 2015 Ram 1500 (VIN# 1C6RR7LT9FS539152), serving as collateral to the loan agreement. A copy of the Loan Disclosure, Promissory Note and Security Agreement and Certificate of Title are attached as <u>Exhibit "C"</u>.

6.

The balance of the note is $20,747.66. The value of the 2015 Ram 1500 is estimated to be $16,155.00 ($17,950.00 x 90%). See the attached JD Power Values is attached as <u>Exhibit "D"</u>.

7.

Amber D. Brewer is a co-debtor on the note. Sunbelt requests the Court to terminate the §1301 co-debtor stay to allow Sunbelt to collect the indebtedness from Amber D. Brewer.

8.

There is no equity in the collateral for the benefit of the bankruptcy estate. The vehicles should be abandoned from the bankruptcy estate. Sunbelt requests that the §362 automatic stay and

the §1301 co-debtor stay be lifted.

9.

Both vehicles were repossessed before the bankruptcy filing and the redemption period expired before the bankruptcy filing. The Debtor's Chapter 13 plan does not include either vehicle.

10.

"Cause" for lifting the automatic stay includes "the lack of adequate protection of an interest in property of such party in interest." §362(d)(1). "Adequate protection," a bankruptcy term of art defined in §361, "in short, ... is a payment, replacement lien, or other relief sufficient to protect the creditor against diminution in the value of his collateral during the bankruptcy." *In re Scopac*, 624 F.3d 274, 278 n.1 (5th Cir. 2010), *opinion modified on denial of reh'g*, 649 F.3d 320 (5th Cir. 2011).

11.

Cause exists for the termination of the §362 automatic stay and the §1301 co-debtor stay as to Sunbelt. The collateral of Sunbelt should be abandoned from the bankruptcy estate. There is no equity in the collateral for the benefit of the bankruptcy estate.

WHEREFORE, Sunbelt Federal Credit Union requests the Court to find that its Motion for Abandonment and Request for Termination of §362 Automatic Stay and §1301 Co-Debtor Stay is well taken and should be granted.

Respectfully submitted,

SUNBELT FEDERAL CREDIT UNION

BY:   s / Derek A. Henderson
      DEREK A. HENDERSON
      Attorney for Sunbelt Federal Credit Union

## CERTIFICATE OF SERVICE

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, or via the ECF Notification Service, a true and correct copy of the above and foregoing Motion for Abandonment and Request for Termination of §362 Automatic Stay and §1301 Co-Debtor Stay to the following:

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

David Rawlings
Chapter 13 Trustee
ecfnotices@rawlings13.net

Office of United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Amber D. Brewer
2643 County Road 324
Enterprise, MS 39330

This, the 16th day of February. 2026.

s / Derek A. Henderson
DEREK A. HENDERSON

**DEREK A. HENDERSON, MSB #2260**
**ANNA CLAIRE HENDERSON, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, Mississippi 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**
**annaclaire@derekhendersonlaw.com**