**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Harley Davidson Brownlee, Debtor          Case No. 26-50180-KMS
                                                                                           CHAPTER 13

## NOTICE OF OBJECTON TO CLAIM

**You are herby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S Bankruptcy Court
Southern District of Mississippi
Danny L. Miller
501 E. Court St, St 2.300
Jackson, MS 39201

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

This date, March 11, 2026.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Harley Davidson Brownlee, Debtor            Case No. 26-50180-KMS
                                                       CHAPTER 13

**OBJECTON TO PROOF OF CLAIM # 8 AS FILED BY
SUNBELT FEDERAL CREDIT UNION BANK**

COMES NOW Debtor, by and through counsel, and files this Objection to Proof of Claim # 8 as filed by Sunbelt Federal Credit Union on or about March 3, 2026 in the secured amount of $20,374.53 and would show that the court that the 2015 Dodge Ram was repossessed pre-petition. That said Proof of Claim should be disallowed as filed.

This date, March 11, 2026.

                                      Respectfully submitted,

                                      By: /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr.
                                              Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Objection and Objection were forwarded on March 11, 2026 to:

By first class mail, postage pre-paid:

>Sunbelt Federal Credit Union
>6885 US Highway 49 #3
>Hattiesburg, MS 39402

By Electronic CM/ECF Notice:

>Chapter 13 Case Trustee

>U.S. Trustee

>/s/ Thomas C. Rollins, Jr.
>Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Harley Davidson Brownlee

CASE NO: 26-50180

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/11/2026, I did cause a copy of the following documents, described below,

Notice and Objection to Proof of Claim

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/11/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 26-50180 |
|---|---|
| Harley Davidson Brownlee | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 3/11/2026, a copy of the following documents, described below,

Notice and Objection to Proof of Claim

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/11/2026

*/s/ Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS

SUNBELT FEDERAL CREDIT UNION
6885 US HIGHWAY 49 #3
HATTIESBURG MS 39402
```