

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: March 13, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                  BANKRUPTCY PROCEEDING

**HARLEY DAVIDSON BROWNLEE**                             **CASE NUMBER: 26-50180 KMS**

**SUNBELT FEDERAL CREDIT UNION**

**VS.**

**HARLEY DAVIDSON BROWNLEE, DEBTOR,**
**AMBER D. BREWER, CO-DEBTOR,**
**AND**
**DAVID RAWLINGS, CHAPTER 13 TRUSTEE**

## ORDER GRANTING MOTION FOR ABANDONMENT AND REQUEST FOR TERMINATION OF §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

THIS MATTER COMES before the Court upon Motion for Abandonment and Request for Termination of §362 Automatic Stay and §1301 Co-Debtor Stay and Other Relief filed by Sunbelt Federal Credit Union ("Sunbelt") (Docket No. 15). After notice, no response was filed. Sunbelt asserts as follows:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157, 11

U.S.C. §554, 11 U.S.C. §362, and 11 U.S.C. §1301, and related code sections and rules.

2.

On February 4, 2026, Harley Davidson Brownlee ("Debtor") filed his petition under Chapter 13 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Mississippi. David Rawlings was appointed the Chapter 13 Trustee.

3.

On October 11, 2023, the Debtor, Harley Davidson Brownlee and Amber D. Brewer executed a Loan Disclosure, Promissory Note and Security Agreement to finance a 2020 Ford Explorer (VIN# 1FMSK7DHXLGA58877), serving as collateral to the loan agreement. A copy of the Loan Disclosure, Promissory Note and Security Agreement and Certificate of Title was attached to Sunbelt's Motion as Exhibit "A".

4.

The balance of the note is $27,605.74. The value of the 2020 Ford Explorer is estimated to be $18,202.50 ($20,225.00 x 90%). A copy of the JD Power Values was attached to Sunbelt's Motion as Exhibit "B".

5.

On November 7, 2024, the Debtor, Harley Davidson Brownlee and Amber D. Brewer executed a Loan Disclosure, Promissory Note and Security Agreement to finance a 2015 Ram 1500 (VIN# 1C6RR7LT9FS539152), serving as collateral to the loan agreement. A copy of the Loan Disclosure, Promissory Note and Security Agreement and Certificate of Title was attached to Sunbelt's Motion as Exhibit "C".

6.

The balance of the note is $20,747.66. The value of the 2015 Ram 1500 is estimated to be $16,155.00 ($17,950.00 x 90%). A copy of the JD Power Values was attached to Sunbelt's Motion as Exhibit "D".

7.

Amber D. Brewer is a co-debtor on the note. Sunbelt requests the Court to terminate the §1301 co-debtor stay to allow Sunbelt to collect the indebtedness from Amber D. Brewer.

8.

There is no equity in the collateral for the benefit of the bankruptcy estate. The vehicles should be abandoned from the bankruptcy estate. Sunbelt requests that the §362 automatic stay and the §1301 co-debtor stay be lifted.

9.

Both vehicles were repossessed before the bankruptcy filing and the redemption period expired before the bankruptcy filing. The Debtor's Chapter 13 plan does not include either vehicle.

10.

Cause exists for the termination of the §362 automatic stay and the §1301 co-debtor stay as to Sunbelt. The collateral of Sunbelt should be abandoned from the bankruptcy estate. There is no equity in the collateral for the benefit of the bankruptcy estate.

11.

On February 16, 2026, Sunbelt filed its Motion for Abandonment and Request for Termination of §362 Automatic Stay and §1301 Co-Debtor Stay and Other Relief (Docket No. 15). After notice, no response was filed.

THEREFORE, IT IS ORDERED that Sunbelt's Motion for Abandonment and Request for Termination of §362 Automatic Stay and Other Relief is hereby granted. The §362 automatic stay and §1301 co-debtor stay are terminated. The collateral of Sunbelt being the two (2) vehicles - 2020 Ford Explorer (VIN# 1FMSK7DHXLGA58877) and 2015 Ram 1500 (VIN# 1C6RR7LT9FS539152) are abandoned from the bankruptcy estate.

IT IS FURTHER ORDERED that this Order shall constitute a final judgment.

## END OF ORDER ##

Submitted by:

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Attorney for Sunbelt Federal Credit Union
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com