United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 26-50180-KMS
Harley Davidson Brownlee  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Mar 13, 2026      Form ID: pdf012      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harley Davidson Brownlee, 1225 Hwy 63, Waynesboro, MS 39367-7657 |
| codb | + | Amber D. Brewer, 2643 County Road 324, Enterprise, MS 39330-9394 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: member.solutions@sunbeltfcu.org | Mar 13 2026 19:40:00 | Sunbelt Federal Credit Union, 6885 US Highway 49 #3, Hattiesburg, MS 39402, UNITED STATES 39402-7807 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Harley Davidson Brownlee trollins@therollinsfirm.com |

District/off: 0538-6     User: mssbad     Page 2 of 2
Date Rcvd: Mar 13, 2026     Form ID: pdf012     Total Noticed: 3

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 13, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**                                                                **BANKRUPTCY PROCEEDING**

**HARLEY DAVIDSON BROWNLEE**                 **CASE NUMBER: 26-50180 KMS**

**SUNBELT FEDERAL CREDIT UNION**

**VS.**

**HARLEY DAVIDSON BROWNLEE, DEBTOR,**
**AMBER D. BREWER, CO-DEBTOR,**
**AND**
**DAVID RAWLINGS, CHAPTER 13 TRUSTEE**

**ORDER GRANTING MOTION FOR ABANDONMENT AND REQUEST FOR**
**TERMINATION OF §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

THIS MATTER COMES before the Court upon Motion for Abandonment and Request for Termination of §362 Automatic Stay and §1301 Co-Debtor Stay and Other Relief filed by Sunbelt Federal Credit Union ("Sunbelt") (Docket No. 15). After notice, no response was filed. Sunbelt asserts as follows:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157, 11

Page -1-

U.S.C. §554, 11 U.S.C. §362, and 11 U.S.C. §1301, and related code sections and rules.

2.

On February 4, 2026, Harley Davidson Brownlee ("Debtor") filed his petition under Chapter 13 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Mississippi. David Rawlings was appointed the Chapter 13 Trustee.

3.

On October 11, 2023, the Debtor, Harley Davidson Brownlee and Amber D. Brewer executed a Loan Disclosure, Promissory Note and Security Agreement to finance a 2020 Ford Explorer (VIN# 1FMSK7DHXLGA58877), serving as collateral to the loan agreement. A copy of the Loan Disclosure, Promissory Note and Security Agreement and Certificate of Title was attached to Sunbelt's Motion as Exhibit "A".

4.

The balance of the note is $27,605.74. The value of the 2020 Ford Explorer is estimated to be $18,202.50 ($20,225.00 x 90%). A copy of the JD Power Values was attached to Sunbelt's Motion as Exhibit "B".

5.

On November 7, 2024, the Debtor, Harley Davidson Brownlee and Amber D. Brewer executed a Loan Disclosure, Promissory Note and Security Agreement to finance a 2015 Ram 1500 (VIN# 1C6RR7LT9FS539152), serving as collateral to the loan agreement. A copy of the Loan Disclosure, Promissory Note and Security Agreement and Certificate of Title was attached to Sunbelt's Motion as Exhibit "C".

6.

The balance of the note is $20,747.66. The value of the 2015 Ram 1500 is estimated to be $16,155.00 ($17,950.00 x 90%). A copy of the JD Power Values was attached to Sunbelt's Motion as Exhibit "D".

7.

Amber D. Brewer is a co-debtor on the note. Sunbelt requests the Court to terminate the §1301 co-debtor stay to allow Sunbelt to collect the indebtedness from Amber D. Brewer.

8.

There is no equity in the collateral for the benefit of the bankruptcy estate. The vehicles should be abandoned from the bankruptcy estate. Sunbelt requests that the §362 automatic stay and the §1301 co-debtor stay be lifted.

9.

Both vehicles were repossessed before the bankruptcy filing and the redemption period expired before the bankruptcy filing. The Debtor's Chapter 13 plan does not include either vehicle.

10.

Cause exists for the termination of the §362 automatic stay and the §1301 co-debtor stay as to Sunbelt. The collateral of Sunbelt should be abandoned from the bankruptcy estate. There is no equity in the collateral for the benefit of the bankruptcy estate.

11.

On February 16, 2026, Sunbelt filed its Motion for Abandonment and Request for Termination of §362 Automatic Stay and §1301 Co-Debtor Stay and Other Relief (Docket No. 15). After notice, no response was filed.

THEREFORE, IT IS ORDERED that Sunbelt's Motion for Abandonment and Request for Termination of §362 Automatic Stay and Other Relief is hereby granted. The §362 automatic stay and §1301 co-debtor stay are terminated. The collateral of Sunbelt being the two (2) vehicles - 2020 Ford Explorer (VIN# 1FMSK7DHXLGA58877) and 2015 Ram 1500 (VIN# 1C6RR7LT9FS539152) are abandoned from the bankruptcy estate.

IT IS FURTHER ORDERED that this Order shall constitute a final judgment.

## END OF ORDER ##

Submitted by:

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Attorney for Sunbelt Federal Credit Union
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com