**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **BANKRUPTCY PROCEEDING** |
| **HARLEY DAVIDSON BROWNLEE** | **CASE NUMBER: 26-50180 KMS** |

**RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 7**

COMES NOW Sunbelt Federal Credit Union ("Sunbelt"), by and through its attorney, and files this Response to Debtor's Objection to Clam No. 7 (Docket No. 27). Sunbelt had the stay lifted and taken possession of the vehicle. Sunbelt is in the process of liquidation of the collateral. Sunbelt will amend its proof of claim to be an unsecured claim for any deficiency.

Respectfully submitted,

SUNBELT FEDERAL CREDIT UNION

BY: s / Derek A. Henderson
DEREK A. HENDERSON
Attorney for Sunbelt Federal Credit Union

**DEREK A. HENDERSON, MSB #2260**
**ANNA CLAIRE HENDERSON, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, Mississippi 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**
**annaclaire@derekhendersonlaw.com**

## **CERTIFICATE OF SERVICE**

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, or via the ECF Notification Service, a true and correct copy of the above and foregoing Response to Debtor's Objection to Clam No. 7 to the following:

    Thomas Carl Rollins, Jr.
    trollins@therollinsfirm.com

    David Rawlings
    Chapter 13 Trustee
    ecfnotices@rawlings13.net

    Office of United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

This, the 16th day of March. 2026.

                                              s / Derek A. Henderson
                                              DEREK A. HENDERSON

**DEREK A. HENDERSON, MSB #2260**
**ANNA CLAIRE HENDERSON, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, Mississippi 39216**
**(601) 948-3167**
derek@derekhendersonlaw.com
annaclaire@derekhendersonlaw.com