United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 26-50180-KMS |
| Harley Davidson Brownlee | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Apr 13, 2026 | Form ID: n031 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harley Davidson Brownlee, 1225 Hwy 63, Waynesboro, MS 39367-7657 |
| codb | + | Amber D. Brewer, 2643 County Road 324, Enterprise, MS 39330-9394 |
| 5620210 | + | Amber Brewer, 1223 Hwy 63, Waynesboro, MS 39367-7657 |
| 5620211 | | Bank Benoit, 202 Main St, Benoit, MS 38725 |
| 5620218 | + | First State Bank, 801 22nd Ave, Meridian, MS 39301-5024 |
| 5620220 | + | Madison Lewis, 4757 CR 670, Quitman, MS 39355-9084 |
| 5620226 | + | Summit Financial Services, Corp, 105 S 16th Ave, Suite C, Laurel, MS 39440-4170 |
| 5620227 | | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |
| 5620229 | + | Waynesboro Finance, 714 Spring St, Waynesboro, MS 39367-2709 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: member.solutions@sunbeltfcu.org | Apr 13 2026 19:36:00 | Sunbelt Federal Credit Union, 6885 US Highway 49 #3, Hattiesburg, MS 39402, UNITED STATES 39402-7807 |
| 5620216 | | Email/Text: bankruptcy_filings@creditninja.com | Apr 13 2026 19:36:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5620212 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 13 2026 19:36:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5623154 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 13 2026 19:36:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5620213 | + | Email/Text: bankruptcynotice@integracredit.com | Apr 13 2026 19:36:00 | Ccb-integra, 120 S Lasalle St, Chicago, IL 60603-3403 |
| 5620214 | + | Email/Text: omx-bnc-bk-notices@chime.com | Apr 13 2026 19:36:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5620215 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 13 2026 19:36:00 | Comenity Bank, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5620217 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 13 2026 19:40:36 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5633606 | + | Email/Text: bankruptcy@towerloan.com | Apr 13 2026 19:36:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5620219 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2026 19:40:36 | LVNV Funding LLC, Attn: Bankruptcy, Po Box 1269, Greenville, SC 29602-1269 |
| 5622682 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2026 19:40:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5620221 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 13 2026 19:36:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5620222 | + | Email/Text: bankruptcy@moneykey.com | Apr 13 2026 19:36:00 | Money Key, 3422 Old Capitol Trail, Ste 1613, |

| | | | |
|---|---|---|---|
| District/off: 0538-6 | | User: mssbad | Page 2 of 3 |
| Date Rcvd: Apr 13, 2026 | | Form ID: n031 | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| | | | Wilmington, DE 19808-6124 |
| 5620223 | Email/Text: bankruptcy@possiblefinance.com | Apr 13 2026 19:36:00 | Possible Finance, Attn: Bankruptcy Dept, Po Box 98686, Las Vegas, NV 89193 |
| 5627123 | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2026 19:36:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5647699 | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2026 19:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5621336 | + Email/Text: bkinfo@ccfi.com | Apr 13 2026 19:36:00 | SCIL, INC., 2312 E Trinity Mills Rd, Ste 100, Carrollton TX 75006-1955 |
| 5620224 | + Email/Text: lcarson@hatlawfirm.com | Apr 13 2026 19:36:00 | Scotts RTO, PO Box 100, Melber, KY 42069-0100 |
| 5620225 | + Email/Text: bkinfo@ccfi.com | Apr 13 2026 19:36:00 | Speedy Cash, 2312 Trinity Mill Rd, Suite 100, Carrollton, TX 75006-1955 |
| 5620228 | Email/Text: bankruptcy@towerloan.com | Apr 13 2026 19:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5620230 | + Email/Text: bk@worldacceptance.com | Apr 13 2026 19:36:00 | Wfc, Attn: Bankruptcy Dept, P.O.Box 6429, Greenville, SC 29606-6429 |
| 5628159 | + Email/Text: lcarson@hatlawfirm.com | Apr 13 2026 19:36:00 | Wilson RTO, LLC, c/o Hagwood and Tipton, PC, P.O. Box 726, Paris, TN 38242-0726 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Sunbelt Federal Credit Union |
| 5649730 | | Mariner Finance- 8110 Corporate Dr Nottingham, MD |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com melissa@derekhendersonlaw.com |

District/off: 0538-6                   User: mssbad                            Page 3 of 3
Date Rcvd: Apr 13, 2026                Form ID: n031                           Total Noticed: 31

Thomas Carl Rollins, Jr
                        on behalf of Debtor Harley Davidson Brownlee trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                        nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50180−KMS
**Chapter:** 13

**In re:**

Harley Davidson Brownlee
1225 Hwy 63
Waynesboro, MS 39367

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 13, 2026 (Dkt. # 34 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 13, 2026                    Danny L. Miller, Clerk of Court