## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HARLEY DAVIDSON BROWNLEE** | § | **CHAPTER 13** |
| | § | |
| **DEBTOR** | § | **CASE NO. BK 26-50180** |

### NOTICE OF APPEARANCE

COMES NOW, Genesis Bank, by and through its attorney, Jillian L. Guin White, of Rosen

Harwood, P.A., and files this appearance and further requests that their name and address be added

to the Court file in order that the undersigned may receive copies of Court notices, hearing dates,

and other information distributed by the Clerk in this proceeding.

The proper address for the undersigned is as follows:

> **Jillian L. Guin White**
> **ROSEN ♦ HARWOOD, P.A.**
> **2200 Jack Warner Parkway, Suite 200**
> **Post Office Box 2727**
> **Tuscaloosa, Alabama 35403-2727**
> **Telephone: (205) 344-5000**
> **jwhite@rosenharwood.com**

Date: April 30, 2026

Respectfully submitted,
*/s/ Jillian L. Guin White*
Jillian L. Guin White (MS-105387)
Attorney for Genesis Bank
Our File No. 55134.015

OF COUNSEL

ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200 (35401)
Post Office Box 2727
Tuscaloosa, Alabama 35403-2727
Telephone: (205) 344-5000

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing upon the following:

***By depositing a copy of same in a pre-addressed, stamped envelope with adequate postage prepaid thereon and properly addressed to the following:***

Harley Davidson Brownlee
Debtor
1225 Hwy 63
Waynesboro, MS 39367

***Via the Court's Electronic mailing service (CM/ECF):***

Thomas Carl Rollins, Jr. (trollins@therollinsfirm.com *via CM/ECF Noticing Services*)
Attorney for Debtor
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236

David Rawlings (drawl61@hotmail.com *via CM/ECF Noticing Services*)
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

U. S. Trustee (USTPRegion05.AB.ECF@usdoj.gov *via CM/ECF Noticing Services*)
501 East Court Street
Suite 6-430
Jackson, MS 39201

This the 30th day of April, 2026.

*/s/ Jillian L. Guin White*
Jillian L. Guin White (MS-105387)
Of Counsel for Genesis Bank

Case No. BK 26-50180
Page. 2