United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 26-50180-KMS |
| Harley Davidson Brownlee | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: May 12, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Harley Davidson Brownlee, 1225 Hwy 63, Waynesboro, MS 39367-7657

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026                         Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com |
| Jillian Laura Guin White | on behalf of Creditor Genesis Bank jwhite@rosenharwood.com  BKNotice@rosenharwood.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Harley Davidson Brownlee trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-6                        User: mssbad                              Page 2 of 2
Date Rcvd: May 12, 2026                     Form ID: pdf012                           Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

District/off: 0538-6                        User: mssbad                              Page 2 of 2
Date Rcvd: May 12, 2026                     Form ID: pdf012                           Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov



**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: May 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **HARLEY DAVIDSON BROWNLEE**           **CASE NO. 26-50180 KMS**

    **DEBTOR .**                                    **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Objections to Proof of Claims #8 of Sunbelt Federal Credit Union filed by the Debtor (the "Objections") (Dkt. #28) and the Court having considered the facts herein, finds that the hearing on May 14, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objections hereby is continued and reset for July 16, 2026, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841