_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  HARLEY DAVIDSON BROWNLEE          **CHAPTER 13**
                                                                               **BANKRUPTCY**
DEBTOR                                                          **CASE NO. 26-50180-KMS**

## ORDER WITHDRAWING TRUSTEE'S OBJECTION
## TO SECURED CLAIM

THIS MATTER CAME BEFORE THE COURT on Trustee's Objection to Secured Claim (DK#43).

The Court is being advised that the Objection to Secured Claim (DK#43) is now unnecessary due to administrative error and should be withdrawn.

IT IS THEREFORE ORDERED that the Objection to Secured Claim (DK#43) should be, and hereby is, withdrawn.

**##END OF ORDER##**

SUBMITTED BY:

/s/ David Rawlings
DAVID RAWLINGS
CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG, MS 39403
(601)582-5011
ecfNotices@rawlings13.net