United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                      Case No. 26-50180-KMS

Harley Davidson Brownlee                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: May 27, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Harley Davidson Brownlee, 1225 Hwy 63, Waynesboro, MS 39367-7657

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5620221 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | May 27 2026 19:36:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5649730 | | Mariner Finance- 8110 Corporate Dr Nottingham, MD |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Derek A Henderson | |

District/off: 0538-6                                    User: mssbad                                         Page 2 of 2
Date Rcvd: May 27, 2026                                 Form ID: pdf012                                      Total Noticed: 2

                       on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com

Jillian Laura Guin White

                       on behalf of Creditor Genesis Bank jwhite@rosenharwood.com  BKNotice@rosenharwood.com

Thomas Carl Rollins, Jr

                       on behalf of Debtor Harley Davidson Brownlee trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

                       USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 6



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   HARLEY DAVIDSON BROWNLEE                **CHAPTER 13**
                                                                                         **BANKRUPTCY**
               **DEBTOR**                                                 **CASE NO. 26-50180-KMS**

### ORDER WITHDRAWING TRUSTEE'S OBJECTION
### TO SECURED CLAIM

THIS MATTER CAME BEFORE THE COURT on Trustee's Objection to Secured Claim (DK#43).

The Court is being advised that the Objection to Secured Claim (DK#43) is now unnecessary due to administrative error and should be withdrawn.

IT IS THEREFORE ORDERED that the Objection to Secured Claim (DK#43) should be, and hereby is, withdrawn.

**##END OF ORDER##**

SUBMITTED BY:

/s/ David Rawlings
DAVID RAWLINGS
CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG, MS 39403
(601)582-5011
ecfNotices@rawlings13.net