# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50180          **Case Name:**  Harley Davidson Brownlee

**Set:**  07/16/2026 10:30 am   **Chapter:**  13   **Type:**  bk     **Judge**  Katharine M. Samson

**matter**   Objection to Proof of Claim filed by Sunbelt Federal Credit Union (Claim No. 8). Date of Service: 3/11/2026. Filed by Debtor Harley Davidson Brownlee. Response due by 04/10/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order) (Dkt. #28)

Response filed by Sunbelt Federal Credit Union (Dkt. #32)

---

Minute Entry Re: (related document(s): [28] Objection to Claim with 30 day notice filed by Harley Davidson Brownlee) Henderson to submit an Agreed Order. Order due by 07/30/2026. Email received from Henderson. (mcc)