

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 3, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                                    **BANKRUPTCY PROCEEDING**

**HARLEY DAVIDSON BROWNLEE**                  **CASE NUMBER: 26-50180 KMS**

## ORDER RESOLVING OBJECTION TO CLAIM NO. 8

THIS MATTER COMES before the Court upon Objection to Proof of Claim No. 8 of Motion Sunbelt Federal Credit Union (Docket No. 28) and Response filed thereto by Sunbelt Federal Credit Union (Docket No. 32). The parties have resolved the matter.

THEREFORE, IT IS ORDERED that Claim No. 8 is amended. Sunbelt Federal Credit Union's Claim No. 8 shall be a general unsecured claim in the amount of $9,574.53.

## END OF ORDER ##

Agreed to by:

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Attorney for Sunbelt Federal Credit Union
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com

s/Thomas C. Rollins, Jr.
Thomas c. Rollins, Jr., MSB #103469
Attorney for Debtor
PO Box 13767
Jackson, MS 39236
(601) 500-5333
trollins@therollinsfirm.com

s/Brian Wilson
Brian Wilson, Attorney for
David Rawlings, Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
ecfnotices@rawlings13.net