**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** _____

**Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:  ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice   ____/____/_____

**New total payment:**
Principal, interest, and escrow, if any   $ _____
*For HELOC payment amounts, see Part 3*

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

   **Current escrow payment:**  $ _____      **New escrow payment:**  $ _____

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

   **Current interest rate:**  _____%      **New interest rate:**  _____%

   **Current principal and interest payment:** $ _____      **New principal and interest payment:**  $ _____

| Part 3: | Annual HELOC Notice |
| --- | --- |

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☐ No
☐ Yes.

   **Current HELOC payment:**      $_____

   **Reconciliation amount:**      + $_____ or
                                   - $_____

Debtor 1 _____   Case number (*if known*) _____
First Name        Middle Name         Last Name

|  |  |
|---|---|
| **Amount of next payment (including reconciliation amount)** | **$_____** |
| **Amount of the new payment thereafter (without reconciliation amount)** | **$_____** |

## Part 4:    Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ❑ No
   ❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____        **New mortgage payment:** $ _____

## Part 5:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

   ❑ I am the creditor.

   ❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____        Date ____/____/_____
Signature

Print: _____        Title _____
        First Name        Middle Name        Last Name

Company _____

Address _____
        Number            Street

        _____
        City                      State        ZIP Code

Contact phone  (_____) _____ – _____        Email _____

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing upon the following:

***By depositing a copy of same in a pre-addressed, stamped envelope with adequate postage prepaid thereon and properly addressed to the following:***

Harley Davidson Brownlee
Debtor
1225 Hwy 63
Waynesboro, MS 39367

***Via the Court's Electronic mailing service (CM/ECF):***

Thomas Carl Rollins, Jr. (trollins@therollinsfirm.com *via CM/ECF Noticing Services*)
Attorney for Debtor
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236

David Rawlings (drawl61@hotmail.com *via CM/ECF Noticing Services*)
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

U. S. Trustee (USTPRegion05.AB.ECF@usdoj.gov *via CM/ECF Noticing Services*)
501 East Court Street
Suite 6-430
Jackson, MS 39201

This the 5th day of August, 2026.

<u>/s/ Jillian L. Guin White</u>
Jillian L. Guin White (MS-105387)
Of Counsel for Genesis Bank

Date Printed.....  07/27/26      Page 1
                                 Loan Number ▬▬▬▬▬

Genesis Bank
202 Main Street P.O. Box 299
Benoit MS 38725            ANNUAL ESCROW ACCOUNT
                               DISCLOSURE


HARLEY D BROWNLEE
***DO NOT MAIL***
***MH BK LOAN***


## ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from September
2025 through August 2026. Compare it to the annual escrow account disclosure
statement - Projections for coming year - which was sent to you last year on
July 24 (As shown to the right).

Your monthly mortgage payment for the past year was $728.36 of which $585.21
was for principal and interest and $143.15 went into your escrow account.

PREVIOUS YEAR

| Month | ACTUAL Payments to Escrow Account | ACTUAL Payments from Escrow Account | Description | ACTUAL Escrow Account Balance | Month | PROJECTED Payments to Escrow Account | PROJECTED Payments from Escrow Account | Description | PROJECTED Escrow Account Balance |
|---|---|---|---|---|---|---|---|---|---|
| Starting balance: | | | | 580.28 | Starting balance:................................................ | | | | 580.28 |
| 9/25 | .00* | .00 | | 580.28 | 9/25 | 143.15 | .00 | | 723.43 |
| 10/25 | 143.42* | .00 | | 723.70 | 10/25 | 143.15 | .00 | | 866.58 |
| 11/25 | .00* | .00 | | 723.70 | 11/25 | 143.15 | .00 | | 1,009.73 |
| 12/25 | .00* | .00 | | 723.70 | 12/25 | 143.15 | .00 | | 1,152.88 |
| 1/26 | 143.15 | 296.14* | COUNTY TAXES | 570.71 | 1/26 | 143.15 | 330.53 | COUNTY TAXES | 965.50 |
| 2/26 | .00* | .00 | | 570.71 | 2/26 | 143.15 | .00 | | 1,108.65 |
| 3/26 | .00* | .00 | | 570.71 | 3/26 | 143.15 | .00 | | 1,251.80 |
| 4/26 | .00* | .00 | | 570.71 | 4/26 | 143.15 | .00 | | 1,394.95 |
| 5/26 | 715.48* | .00 | | 1,286.19 | 5/26 | 143.15 | .00 | | 1,538.10 |
| 6/26 | 286.30* | 1,508.00* | HOMEOWNERS INSURANCE | 64.49 | 6/26 | 143.15 | 1,393.00 | HOMEOWNERS INSURANCE | 208.25 |
| 7/26 | 286.30* | .00 | | 350.79 | 7/26 | 143.15 | .00 | | 431.40 |
| 8/26 | 143.15 | .00 | | 493.94 | 8/26 | 143.15 | .00 | | 574.55 |
| TOTAL | 1,717.80 | 1,804.14 | | | TOTAL | 1,717.80 | 1,723.53 | | |

An asterisk (*) indicates a difference from a previous estimate either in the
date or the amount.

Continued from previous page....

Page 2
Loan Number ████

Last year we anticipated that payments from your account would be made during this period equaling $1723.53. Under Federal law, your lowest monthly balance should not have exceeded $287.26, or 1/6 of anticipated payments from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

If you want a further explanation, please call 662-742-3342.

----------------------------------------------------------------------------------------------------------------------------

Shortage Amount Due (Optional)

Loan Number ████
Shortage amount        107.40
Amount Paid     $_____

Genesis Bank
202 Main Street P.O. Box 299
Benoit  MS  38725

Your shortage has been spread over 12 months resulting in a payment increase of 8.95.

IF YOU CHOOSE to pay the shortage for the amount shown, please mail remittance along with this coupon to the address shown to the left.
If this amount is paid in full your new escrow payment will be 150.35, resulting in a new payment of 735.56.

### Analysis Details

| | ------Anticipated----- | | -----------Projected--------- | | --Required-- |
| | Escrow | Escrow | Initial | Low Balance | Low Balance |
| Month | Payments | Disbursements | Low Balance | With Adjustment | With Cushion |
| | | | .00 | 300.64 | 601.34 * |
| 9/26 | 150.35 | .00 | 150.35 | 450.99 | 751.69 |
| 10/26 | 150.35 | .00 | 300.70 | 601.34 | 902.04 |
| 11/26 | 150.35 | .00 | 451.05 | 751.69 | 1,052.39 |
| 12/26 | 150.35 | .00 | 601.40 | 902.04 | 1,202.74 |
| 1/27 | 150.35 | 296.14 | 455.61 | 756.25 | 1,056.95 |
| 2/27 | 150.35 | .00 | 605.96 | 906.60 | 1,207.30 |
| 3/27 | 150.35 | .00 | 756.31 | 1,056.95 | 1,357.65 |
| 4/27 | 150.35 | .00 | 906.66 | 1,207.30 | 1,508.00 |
| 5/27 | 150.35 | .00 | 1,057.01 | 1,357.65 | 1,658.35 |
| 6/27 | 150.35 | 1,508.00 | 300.64- | .00 | 300.70 * |
| 7/27 | 150.35 | .00 | 150.29- | 150.35 | 451.05 |
| 8/27 | 150.35 | .00 | .06 | 300.70 | 601.40 |

```
Total Anticipated Disbursements                                 1,804.14
Anticipated Payment Amount (1/12 Disbursement Total)              150.35
Cushion Amount Selected For Analysis Period                      300.70  *
Coming Year Lowest Monthly Balance Adjustment                    300.64
Required Escrow Beginning Balance (Low Balance + Cushion)        601.34  *
```

Disbursements Selected For Period That Require a 2 Month Cushion

| Insurance Description | Annual Amount by Type |
|---|---|
| COUNTY TAXES | 296.14 |
| HOMEOWNERS INSURANCE | 1,508.00 |

Total Amount Selected     1,804.14 / 12 X 2 = 300.70

---

Page 3
Loan Number

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
### PROJECTIONS FOR

| Payment Information | Principal and Interest | Escrow | Total Payment |
|---|---|---|---|
| Current payment | 585.21 | 143.15 | 728.36 |
| New payment | 585.21 | 159.30 | 744.51 |
| New payment effective 9/02/26 | | | |

Your monthly mortgage payment, if needed, will have been adjusted for the coming year as indicated above. The following is an estimate of activity in your escrow account during the coming year based on payments and disbursements anticipated to be made from your account.

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Starting balance: | | | | 493.94 |
| 9/26 | 159.30 | .00 | | 653.24 |
| 10/26 | 159.30 | .00 | | 812.54 |
| 11/26 | 159.30 | .00 | | 971.84 |
| 12/26 | 159.30 | .00 | | 1,131.14 |
| 1/27 | 159.30 | 296.14 | COUNTY TAXES | 994.30 |
| 2/27 | 159.30 | .00 | | 1,153.60 |
| 3/27 | 159.30 | .00 | | 1,312.90 |
| 4/27 | 159.30 | .00 | | 1,472.20 |
| 5/27 | 159.30 | .00 | | 1,631.50 |
| 6/27 | 159.30 | 1,508.00 | HOMEOWNERS INSURANCE | 282.80 |
| 7/27 | 159.30 | .00 | | 442.10 |
| 8/27 | 159.30 | .00 | | 601.40 |
| TOTAL | 1,911.60 | 1,804.14 | | |

```
Your ending balance, from the last month of your history is      $493.94
Your starting balance according to this analysis should be       $601.34
```

This means you have a shortage  of     $107.40

This shortage may be collected from you over a period of 12 months or more unless the shortage is less than one month's deposit, in which case we have the additional option of requesting payment within 30 days.
We have decided to collect it over 12 months.
Please keep this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year. If you have any questions please feel free to give us a call.