United States Bankruptcy Court

Southern District of Mississippi

In re:

Harley Davidson Brownlee

     Debtor

Case No. 26-50180-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Harley Davidson Brownlee, 1225 Hwy 63, Waynesboro, MS 39367-7657 |
| 5620227 | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com |
| Jillian Laura Guin White | on behalf of Creditor Genesis Bank jwhite@rosenharwood.com  BKNotice@rosenharwood.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Harley Davidson Brownlee trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6                   User: mssbad                                    Page 2 of 2

Date Rcvd: Aug 03, 2026                Form ID: pdf012                                Total Noticed: 2

United States Trustee

      USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 3, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **BANKRUPTCY PROCEEDING** |
| **HARLEY DAVIDSON BROWNLEE** | **CASE NUMBER: 26-50180 KMS** |

### ORDER RESOLVING OBJECTION TO CLAIM NO. 8

THIS MATTER COMES before the Court upon Objection to Proof of Claim No. 8 of Motion Sunbelt Federal Credit Union (Docket No. 28) and Response filed thereto by Sunbelt Federal Credit Union (Docket No. 32). The parties have resolved the matter.

THEREFORE, IT IS ORDERED that Claim No. 8 is amended. Sunbelt Federal Credit Union's Claim No. 8 shall be a general unsecured claim in the amount of $9,574.53.

## END OF ORDER ##

Agreed to by:

| | |
|---|---|
| s/Derek A. Henderson | s/Thomas C. Rollins, Jr. |
| Derek A. Henderson, MSB #2260 | Thomas c. Rollins, Jr., MSB #103469 |
| Attorney for Sunbelt Federal Credit Union | Attorney for Debtor |
| 1765-A Lelia Drive, Suite 103 | PO Box 13767 |
| Jackson, MS 39216 | Jackson, MS 39236 |
| (601) 948-3167 | (601) 500-5333 |
| derek@derekhendersonlaw.com | trollins@therollinsfirm.com |

s/Brian Wilson
Brian Wilson, Attorney for
David Rawlings, Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
ecfnotices@rawlings13.net