**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Harley Davidson Brownlee, Debtor** **Case No. 26-50180-KMS**
**CHAPTER 13**

# NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: September 22, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Harley Davidson Brownlee, Debtor** **Case No. 26-50180-KMS**
**CHAPTER 13**

**MOTION TO MODIFY BANKRUPTCY PLAN**

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on February 4, 2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. The Debtor's Chapter 13 Plan was confirmed on April 13, 2026.
3. The claims bar date has passed, and the claims filed in this case have now been reviewed and determined.
4. Based upon the timely filed claims and the amounts required to be paid pursuant to the confirmed Plan, the Debtor wishes to reduce the monthly plan payment to $1,404.00 or the amount necessary to provide for payment of the timely filed secured, priority, and unsecured claims as required under the confirmed Plan.
5. The Debtor believes the proposed modification is feasible and will allow the Debtor to complete the Chapter 13 Plan while maintaining payments as required by the Bankruptcy.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on September 23, 2026, to:

By Electronic CM/ECF Notice:

David Rawlings

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
HARLEY DAVIDSON BROWNLEE

CASE NO: 26-50180

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/23/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/23/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HARLEY DAVIDSON BROWNLEE

CASE NO: 26-50180

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/23/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/23/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-50180
SOUTHERN DISTRICT OF MISSISSIPPI
WED SEP 23 7-30-20 PST 2026

GENESIS BANK
ROSEN HARWOOD PA
2200 JACK WARNER PKWY SUITE 200
PO 2727
TUSCALOOSA AL 35403-2727

MARINER FINANCE
8110 CORPORATE DRIVE
NOTTINGHAM MD 21236-5034

~~EXCLUDE~~

~~(U)SUNBELT FEDERAL CREDIT UNION~~

SUNBELT FEDERAL CREDIT UNION
6885 US HIGHWAY 49 3
HATTIESBURG MS 39402-7807

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

AMBER BREWER
1223 HWY 63
WAYNESBORO MS 39367-7657

BANK BENOIT
202 MAIN ST
BENOIT MS 38725

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO IL 60604-2863

CASHNETUSA
175 W JACKSON BLVD
SUITE 600
CHICAGO IL 60604-2948

CCBINTEGRA
120 S LASALLE ST
CHICAGO IL 60603-3403

CHIMEFINAL
ATTN BANKRUPTCY
PO BOX 417
SAN FRANCISCO CA 94104-0417

COMENITY BANK
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

(P)CREDITNINJA
27 N WACKER DRIVE
SUITE 404
CHICAGO IL 60606-2800

CREDIT ONE BANK
ATTN BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

FIRST STATE BANK
801 22ND AVE
MERIDIAN MS 39301-5024

GENESIS BANK
ROSEN HARWOOD PA
PO BOX 2727
TUSCALOOSA AL 35403-2727

GULFCO OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

JILLIAN L GUIN WHITE ESQ
FOR GENESIS BANK
2200 JACK WARNER PARKWAY STE 200
PO BOX 2727
TUSCALOOSA AL 35403-2727

LVNV FUNDING LLC
ATTN BANKRUPTCY
PO BOX 1269
GREENVILLE SC 29602-1269

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MADISON LEWIS
4757 CR 670
QUITMAN MS 39355-9084

MARINER FINANCE
ATTN BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236-5904

~~EXCLUDE~~

~~(U)MARINER FINANCE 8110 CORPORATE DR NOTTINGHA~~

MONEY KEY
3422 OLD CAPITOL TRAIL
STE 1613
WILMINGTON DE 19808-6124

(P)POSSIBLE FINANCIAL INC
LEEZA PARADES
PO BOX 98686
LAS VEGAS NV 89193-8686

QUANTUM3 GROUP LLC AS AGENT FOR
AXIOM ACQUISITION VENTURES LLC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA TRUST LLC
PO BOX 788
KIRKLAND WA 98083-0788

SCIL INC
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006-1955

SCOTTS RTO
PO BOX 100
MELBER KY 42069-0100

SPEEDY CASH
2312 TRINITY MILL RD
SUITE 100
CARROLLTON TX 75006-1955

SUMMIT FINANCIAL SERVICES CORP
105 S 16TH AVE SUITE C
LAUREL MS 39440-4170

SUNBELT FEDERAL CREDIT UNION
ATTN BANKRUPTCY
6885 US HWY 49 3
HATTIESBURG MS 39402

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WAYNESBORO FINANCE
714 SPRING ST
WAYNESBORO MS 39367-2709

WFC
ATTN BANKRUPTCY DEPT
POBOX 6429
GREENVILLE SC 29606-6429

WILSON RTO LLC
CO HAGWOOD AND TIPTON PC
PO BOX 726
PARIS TN 38242-0726

AMBER D BREWER
2643 COUNTY ROAD 324
ENTERPRISE MS 39330-9394

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

DEBTOR

HARLEY DAVIDSON BROWNLEE
1225 HWY 63
WAYNESBORO MS 39367-7657

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~