**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **BANKRUPTCY PROCEEDING**

**HARLEY DAVIDSON BROWNLEE** **CASE NUMBER: 26-50180 KMS**

---

**WITHDRAWAL OF PROOF OF CLAIM NO. 7**

---

COMES NOW, Sunbelt Federal Credit Union and files this Withdrawal of Proof of Claim No. 7. This general unsecured claim has been satisfied with Sunbelt Federal Credit Union.

DATED this the 22nd day of October, 2026.

Respectfully submitted,

SUNBELT FEDERAL CREDIT UNION

By: s / Derek A. Henderson
DEREK A. HENDERSON
Attorney for Sunbelt Federal Credit Union

**CERTIFICATE OF SERVICE**

I, Derek A. Henderson, do hereby certify that I have this date served, via the ECF Notification Service, which provides electronic notice to all parties-in-interest and creditors, a true and correct copy of the above and foregoing **WITHDRAWAL OF PROOF OF CLAIM NO. 7**.

This, the 22nd day of October, 2026.

s / Derek A. Henderson
DEREK A. HENDERSON

**Derek A. Henderson, MSB #2260**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**